UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CAUSE NO. 3:10-CR-71 RM |
| ) | |
| JEREMY J. BOOMERSHINE ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on August 30, 2010. Accordingly, the court ADOPTS those findings and recommendations [docket # 17], ACCEPTS defendant Jeremy Boomershine's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. § 922(g)(1).

SO ORDERED.

ENTERED:   September 20, 2010

/s/ Robert L. Miller, Jr.
Judge, United States District Court